# United States Court of Appeals
## For the First Circuit

No. 24-1828

JANE DOE, (a pseudonym),

Plaintiff - Appellant,

v.

JOHN ROE, (a pseudonym); MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendants - Appellees.

**MANDATE**

Entered: March 4, 2025

In accordance with the judgment of February 10, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane Doe
Patrick J. Hannon
Daryl J. Lapp
Barbara A. Robb